■ ELLEN MALKIN, Respondent, v ROBERT D. MALKIN, Appellant. — Order of the Supreme Court, Nassau County (Roncallo, J.), dated September 15, 1983, affirmed, insofar as appealed

from, with costs. (See *Zuckerman v Zuckerman*, 105 AD2d 782.) Titone, J. P., Gibbons, Brown and Lawrence, JJ., concur.